[No. 43075-4-II. Division Two. April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TONYA NADINE QUINATA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01713-5, John P. Wulle, J., entered January 24, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Lee, J.

[Nos. 43549-7-II; 43562-4-II; Division Two. April 29, 2014.]
44390-2-II; 43654-0-II.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LYN HORNER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY EUGENE DUNHAM, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LYNITA WYNNE GARCIA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY OLGA COLE, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 11-1-01616-5, Wm. Thomas McPhee, J., entered June 5, 2012. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Lee, J.

[Nos. 43593-4-II; 43596-9-II. Division Two. April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN SHELBY TEETER, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 11-1-01978-2, Brian M. Tollefson, J., entered May 25, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.